United States Court of Appeals,

Eleventh Circuit.

No. 93-2069.

G. Stewart McHENRY, Went For It, Inc., a Florida Corporation, John T. Blakely, Plaintiffs-Appellees,

v.

THE FLORIDA BAR, Susan V. Bloemendaal, Defendants-Appellants.

Sept. 22, 1995.

Appeal from the United States District Court for the Middle District of Florida (No. 92-370-CIV-T-17A); Elizabeth A. Kovachevich, Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before BLACK, Circuit Judge, DYER, Senior Circuit Judge, and ALAIMO[*], Senior District Judge.

PER CURIAM:

On June 21, 1995, the Supreme Court reversed this panel's opinion in *McHenry v. The Florida Bar,* 21 F.3d 1038 (11th Cir.1994). *See Florida Bar v. Went For It, Inc.,* --- U.S. ----, 115 S.Ct. 2371, 132 L.Ed.2d 541. (U.S.Fla.1995). Pursuant to the Supreme Court's opinion, we now reverse the district court's grant of summary judgment for the plaintiff, *McHenry v. The Florida Bar,* 808 F.Supp. 1543 (M.D.Fla.1992), and remand the case to the district court for further proceedings not inconsistent with the Supreme Court's opinion.

REVERSED and REMANDED.

---

[*]Honorable Anthony A. Alaimo, Senior U.S. District Judge for the Southern District of Georgia, sitting by designation.